# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPI BRIDGE OIL, INC., ) | |
| Plaintiff(s), ) | Case No. 2:16-cv-02884-JCM-NJK |
| ) | ORDER |
| vs. ) | |
| ) | |
| WILMINGTON TRUST COMPANY, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On December 13, 2016, Plaintiff filed this action alleging breach of maritime contract. Docket No. 1. Plaintiff subsequently filed an *ex parte* motion for process of maritime attachment and garnishment, as well as an *ex parte* motion to appoint a special process server. Docket Nos. 3, 5. Because the only known garnishee is located in the Reno area, the Court issued an order to show cause why this case should not be transferred to the unofficial northern division of this District. Docket No. 16. The Court has reviewed Plaintiff's response to the order to show cause. Docket No. 17. Plaintiff's reason for filing this action in the unofficial southern division of this District appears to rest primarily on Plaintiff's contention that the United States Marshal is located in Las Vegas. *Id.* at 2. Even if this contention were true, however, it would be irrelevant as Plaintiff has requested the appointment of a special process server located in the unofficial northern division of the District. *Id.* The Court, therefore, is not persuaded that this case should remain in the unofficial southern division.

Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice to KPI Bridge Oil.

IT IS SO ORDERED.

DATED: January 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge